[Nos. 43658-2-II; 43748-1-II.   Division Two.   January 14, 2014.]

THE STATE OF WASHINGTON, *Respondent*. v. JOEL ERNEST LEWIS ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Thurston County, No. 11-1-01979-2, Wm. Thomas McPhee, J., entered July 3, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 43752-0-II.   Division Two.   January 14, 2014.]

JOHN JOHNSON ET AL., *Appellants*, v. TOBIN MILLER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skamania County, No. 10-2-00037-4, Brian P. Altman, J., entered July 5, 2012. *Affirmed* by unpublished opinion per Quinn-Brintnall, J. Pro Tem., concurred in by Penoyar and Maxa, JJ.

[No. 31070-1-III.   Division Three.   January 14, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS ROGER JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 10-1-00077-4, Patrick A. Monasmith, J., entered July 19, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.

[No. 30639-9-III.   Division Three.   January 16, 2014.]

*In the Matter of the Detention of* STANFORD ANDERSON.

Appeal from a judgment of the Superior Court for Benton County, No. 09-2-01784-8, Bruce A. Spanner, J., entered January 17, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Fearing, J.